[No. 19884.  *En Banc.*  February 2, 1927.]

MATTIE E. LYDON, *Appellant*, v. EXCHANGE NATIONAL BANK, *Respondent.*[1]

Appeal by plaintiff from an order of the superior court for Spokane county, Huneke, J., entered December 30, 1925, granting a new trial, after the verdict of a jury rendered in favor of the plaintiff, in an action on contract. Reversed.

*G. E. Lovell*, for appellant.
*Post & Russell*, for respondent.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court adheres to the opinion heretofore filed herein, and reported in 140 Wash. 317, 248 Pac. 806.

The judgment will be reversed, and the cause remanded with directions to the superior court to enter a judgment upon the verdict.